ALFRED H. LORTON et al., Appellants, *v.* THE MAYOR, ALDER-MEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Lorton* v. *The Mayor*, 33 App. Div. 140, affirmed.
(Argued March 1, 1900; decided March 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 16, 1898, affirming a judgment in favor of defend-

ant entered upon a decision of the court on trial at Special Term.

*Thomas Allison* for appellants.

*John Whalen, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.